"no authority to create equitable exceptions to jurisdictional requirements"); *Marandola v. United States,* 518 F.3d 913 (Fed.Cir.2008) ("An untimely appeal must be dismissed for lack of jurisdiction; the requirement cannot be waived, and is not subject to equitable tolling"); *Oja v. Army,* 405 F.3d 1349, 1358 (Fed.Cir.2005) (time provisions of Fed. R.App. P. 4(a) are not subject to equitable tolling). Therefore, the appeal must be dismissed.

Accordingly,

IT IS ORDERED THAT:

(1) This appeal is dismissed.

(2) Each side shall bear its own costs.

ON MOTION

*ORDER*

The United States moves without opposition to voluntary dismiss appeal no. 2008–5067 pursuant to Fed. R.App. P. 42(b).

Upon consideration thereof,

IT IS ORDERED THAT:

(1) Appeal no. 2008–5067 is dismissed.

(2) Each side shall bear its own costs in 2008–5067.

(3) Sterling Savings Association, et al.'s brief is due in appeal 2008–5081 on or before July 30, 2008.

STERLING SAVINGS ASSOCIATION, a state chartered savings association, and Sterling Financial Corporation, a Washington Corporation, Plaintiffs–Cross Appellants,

v.

UNITED STATES, Defendant–Appellant.

Nos. 2008–5067, 2008–5081.

United States Court of Appeals, Federal Circuit.

June 20, 2008.

James L. PRIMUS, Claimant–Appellant,

v.

James B. PEAKE, M.D., Secretary of Veterans Affairs, Respondent–Appellee.

No. 2008–7062.

United States Court of Appeals, Federal Circuit.

June 20, 2008.